UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| PETER DRAKE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil No. 08-124-B-W |
| | ) |
| MICHAEL J. ASTRUE, | ) |
| Commissioner of Social Security, | ) |
| | ) |
| Defendant. | ) |

**ORDER AFFIRMING THE
RECOMMENDED DECISION OF THE MAGISTRATE JUDGE**

No objection having been filed to the Magistrate Judge's Recommended Decision filed October 28, 2010, the Recommended Decision is accepted.

Accordingly, it is hereby ORDERED that the Plaintiff's Motion for Attorney's Fees (Docket # 12) be and hereby is GRANTED and the Motion for Attorney's Fees (Docket # 13) be and hereby is GRANTED IN PART and DENIED IN PART. It is DENIED as to Plaintiff's request that the fees awarded on his motion under the EAJA be paid to his attorney.

SO ORDERED.

/s/ John A. Woodcock, Jr.
JOHN A. WOODCOCK, JR.
CHIEF UNITED STATES DISTRICT JUDGE

Dated this 16th day of November, 2010